FILED
MAY 2 2 1998
LARRY W. PROPES, CLERK
COLUMBIA, S.C.

ENTERED
5/22/98

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| BERRY, DUNBAR, O'CONNOR & JORDAN, <br><br> Plaintiff, <br><br> v. <br><br> JAMES O. BAKKER, TAMMY FAYE BAKKER MESSNER, HAROLD J. BENDER, GEORGE T. DAVIS, UNITED STATES OF AMERICA by and through its agency the Internal Revenue Service, DAVID R. HILLER as Bankruptcy Trustee for James H. Toms, and P. WAYNE SIGMON as Bankruptcy Trustee for James H. Toms and Associates, P.A., <br><br> Defendants. | CIVIL ACTION NO. 3:98-1202-19 |

### CONSENT ORDER ENLARGING TIME FOR UNITED STATES OF AMERICA TO ANSWER OR OTHERWISE RESPOND

WHEREAS, the Plaintiff served a Summons and a Complaint in this action on the United States Attorney on May 7, 1998;

AND WHEREAS, the aforesaid Summons served on the United States Attorney states that the United States has 20 days after service of the summons to respond to the Complaint;

AND WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(3), the United States and any officer or agency thereof are entitled to serve an answer or otherwise respond to the Complaint within 60 days after service upon the United States attorney;

AND WHEREAS, 60 days is necessary for the Government to form a proper response to the Complaint;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 6(b) and 12(a)(3) and for good cause shown, it is hereby ordered that the United States is entitled to 60 days (i.e., until July 6, 1998) to plead or otherwise respond to the Complaint herein.

AND IT IS SO ORDERED.

/s/ Dennis W. Shedd
DENNIS W. SHEDD
UNITED STATES DISTRICT JUDGE

May 22, 1998

WE SO MOVE:

J. RENÉ JOSEY
UNITED STATES ATTORNEY

By /s/ J. Douglas Barnett
J. DOUGLAS BARNETT (#2144)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000

ATTORNEYS FOR THE UNITED STATES
OF AMERICA BY AND THROUGH ITS
AGENCY THE INTERNAL REVENUE
SERVICE

WE CONSENT:

BERRY, ADAMS, QUACKENBUSH
 & STUART, P.A.

By /s/ William K. Witherspoon
WILLIAM K. WITHERSPOON (#5945)
1400 Main Street, 14th Floor
Post Office Box 394
Columbia, South Carolina  29202
Telephone: (803) 779-2650

ATTORNEYS FOR THE PLAINTIFF