FILED

SEP 2 2 1998

LARRY W. PROPES, CLERK
COLUMBIA, S.C.

ENTERED
9-22-98

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

BERRY, DUNBAR, O'CONNOR & JORDAN,

Plaintiff,

v.

JAMES O. BAKKER, TAMMY FAYE BAKKER MESSNER, HAROLD J. BENDER, GEORGE T. DAVIS, UNITED STATES OF AMERICA by and through its agency THE INTERNAL REVENUE SERVICE, DAVID R. HILLER as Bankruptcy Trustee for JAMES H. TOMS, and P. WAYNE SIGMON as Bankruptcy Trustee for JAMES H. TOMS & ASSOCIATES, P.A.,

Defendants.

No. 3 98-1202 19

STIPULATION AND [PROPOSED] ORDER

## Stipulation

IT IS HEREBY STIPULATED AND AGREED, by and among Defendant GEORGE T. DAVIS, Plaintiff BERRY, DUNBAR, O'CONNOR & JORDAN, and Defendant–Cross-Claimant P. WAYNE SIGMON, as follows:

1. Defendant DAVIS hereby irrevocably disclaims any ownership interest in that certain escrow fund managed by Plaintiff BERRY, DUNBAR, O'CONNOR & JORDAN that is the subject of the Complaint of Plaintiff BERRY, DUNBAR, O'CONNOR & JORDAN (the "Complaint") and the Cross-Claim of Defendant–Cross-Claimant P. WAYNE SIGMON (the "Cross-Claim").

2. Defendant DAVIS hereby consents to entry of a declaratory judgment or other relief in this Court providing that he has no ownership interest in that escrow fund.

3. Defendant DAVIS, in light of this stipulation, need not file an answer or other responsive pleading to the Complaint or the Cross-Claim.

4. Plaintiff BERRY, DUNBAR, O'CONNOR & JORDAN and Defendant–Cross-Claimant P. WAYNE SIGMON hereby agree to dismiss Defendant DAVIS from this action with prejudice.

5. Plaintiff BERRY, DUNBAR, O'CONNOR & JORDAN, Defendant–Cross-Claimant P. WAYNE SIGMON, and Defendant DAVIS agree to bear their own attorneys' fees and costs associated with this Stipulation and Proposed Order, without impairment of any claim by Plaintiff BERRY, DUNBAR, O'CONNOR & JORDAN or Defendant–Cross-Claimant P. WAYNE SIGMON for recovery of any such attorneys' fees and costs from the escrow fund.

Dated: July ___, 1998

BERRY, ADAMS, QUACKENBUSH & STUART, P.A.

_____
Hardwick Stuart, Jr.
William K. Witherspoon
Attorneys for Plaintiff BERRY, DUNBAR, O'CONNOR & JORDAN

Dated: July ___, 1998

GRAY, LAYTON, KERSH, SOLOMON, SIGMON, FURR & SMITH, P.A.

_____
Theodore J. Solomon, II
Attorneys for Defendant–Cross-Claimant P. WAYNE SIGMON, Bankruptcy Trustee for JAMES H. TOMS & ASSOCIATES, P.A.

Dated: July 13, 1998

GEORGE T. DAVIS

_____
George T. Davis
Defendant in Propria Persona

**Order**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: ~~July ___, 1998~~

September 22, 1998
Columbia, South Carolina

*Dennis W. Shedd*
By: _____
UNITED STATES DISTRICT JUDGE

STATE OF SOUTH CAROLINA )
) CERTIFICATE OF SERVICE
COUNTY OF RICHLAND )

      This is to certify that I, Hardwick Stuart, Jr., Attorney for the Plaintiff, am this day serving upon all counsel of record the foregoing **STIPULATION AND [PROPOSED] ORDER** in the foregoing matter by placing a copy of same in the United States Mail, postage pre-paid, in an envelope addressed as follows:

      ROBERT WELSH, ESQUIRE
      POST OFFICE BOX 14198
      BEN FRANKLIN STATION
      WASHINGTON, DC 20044

      JOHN DOUGLAS BARNETT, ESQUIRE
      1441 MAIN STREET, SUITE 500
      COLUMBIA, SOUTH CAROLINA 29201

      T.J. SOLOMON, II, ESQUIRE
      POST OFFICE BOX 859
      GASTONIA, NORTH CAROLINA 28053-0859

      GEORGE T. DAVIS
      POST OFFICE BOX 2411
      MAUNA LANI TERRACE
      KAMUELA, HAWAII

      DAVID R. HILLER
      POST OFFICE BOX 7115
      ASHEVILLE, NORTH CAROLINA 28802

      J. MICHELLE CHILDS, ESQUIRE
      POST OFFICE BOX 2426
      COLUMBIA, SOUTH CAROLINA 29202

      V. LAMAR GUDGER, III, ESQUIRE
      POST OFFICE BOX 336
      ASHEVILLE, NORTH CAROLINA 28802

      _/s/ Hardwick Stuart_
      HARDWICK STUART, JR.

Columbia, South Carolina

September 8, 1998