FILED
NOV 5 1998
LARRY W. PROPES, CLERK
COLUMBIA, S.C.

ENTERED
11/5/98

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| BERRY, DUNBAR, O'CONNOR & JORDAN, <br><br> Plaintiff(s), <br><br> vs. <br><br> JAMES O. BAKKER, *et al.*, <br><br> Defendant(s). | C.A. No. 3:98-1202-19 |

## SCHEDULING ORDER

The Court hereby **ORDERS** on this the 4th day of November, 1998 at Columbia, South Carolina, that the following time limits shall govern this case:

1. Motions to join other parties and motions to amend the pleadings shall be filed on or before DECEMBER 30, 1998

2. Plaintiff(s) and defendant(s) must comply with Local Rule 26.09 by no later than JANUARY 29, 1999.

3. Discovery shall be completed by no later than FEBRUARY 26, 1999 Discovery shall be deemed completed within this time only if discovery is initiated at such time as to afford the responding party the full time provided under the applicable procedural rule in which to respond to the date set forth in this paragraph.

4. All other motions, except those relating to the admissibility of evidence at trial and those to compel discovery shall be filed by no later than MARCH 12, 1999.

5. This case is subject to be called for trial on or after MAY 1, 1999, unless otherwise ordered by the Court.

Dennis W. Shedd
**DENNIS W. SHEDD**
**UNITED STATES DISTRICT JUDGE**

AO 72A
(Rev. 8/82)