FILED
MAY 11 1999
LARRY W. PROPES, CLERK
COLUMBIA, S.C.

ENTERED
5-12-99

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| BERRY, DUNBAR, O'CONNNOR & JORDAN, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | CA No. **3:98-1202-19** |
| JAMES O. BAKKER, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This case is before the Court on the Motion for Judgment on the Pleadings filed by defendants James O. Bakker and Tammy Faye Bakker Messner.

The Court hereby **ORDERS** on this the 11th day of May, 1999, at Columbia, South Carolina, that, pursuant to Rule 12(c), Fed.R.Civ.Proc., the pending Motion shall be treated as one for summary judgment. All parties shall be allowed to file briefs and/or other documents in opposition to the pending Motion by no later than May 20, 1999.

*/s/ Dennis W. Shedd*
**DENNIS W. SHEDD**
**UNITED STATES DISTRICT JUDGE**