FILED

MAY 2 5 1999

LARRY W. PROPES, CLERK
COLUMBIA, S.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

ENTERED
5-25-99

| | |
|---|---|
| BERRY, DUNBAR, O'CONNOR & JORDAN, | ) )  )  ) |
| Plaintiff, | ) ) |
| vs. | ) C.A. No. **3:98-1202-19** ) |
| JAMES O. BAKKER, TAMMY FAYE BAKKER MESSNER, HAROLD J. BENDER, GEORGE T. DAVIS, UNITED STATES OF AMERICA by and through its agency the Internal Revenue Service, DAVID R. HILLIER as Bankruptcy Trustee for James H. Toms, and P. WAYNE SIGMON as Bankruptcy Trustee for James H. Toms and Associates, P.A., | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled,

IT IS HEREBY ORDERED this the 25th day of May, 1999, that this action is hereby **DISMISSED WITH PREJUDICE**.

*Dennis W. Shedd*
**DENNIS W. SHEDD
UNITED STATES DISTRICT JUDGE**